**WADLEIGH, STARR & PETERS, PLLC**
Pierre A. Chabot – NHBA # 17606
*Admitted Pro hac vice*
Elizabeth E. Ewing – NHBA #269009
*Admitted Pro hac vice*
95 Market Street
Manchester, NH 03101
Telephone:  (603) 669-4140
pchabot@wadleighlaw.com
eewing@wadleighlaw.com

**AKERMAN LLP**
Kanika D. Corley  (SBN 223607)
*kanika.corley@akerman.com*
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant,
THE TRUSTEES OF DARTMOUTH COLLEGE

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>         Plaintiff,<br><br>v.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER, GEISEL SCHOOL OF MEDICINE AT DARTMOUTH, USC KECK SCHOOL OF MEDICINE, NH BOARD OF MEDICINE (individually) AND JOHN OR JANE DOE,<br><br>         Defendants. | CASE NO. 2:19-cv-02011-DSF-RAO<br>The Hon. Dale S. Fischer<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND Fed. R. CIV. P. 12(b)(6)**<br><br>[*Served concurrently with Defendant's Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, Affidavit of Amy Baker, [Proposed] Order, and Notice of Interested Parties*]<br><br>Date:          August 19, 2019<br>Time:          1:30 p.m.<br>Courtroom: 7D<br>Complaint Filed: March 18, 2019 |

AKERMAN LLP
601 W. FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

49438157;1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201 and supporting case law, defendant, Defendant Trustees of Dartmouth College d/b/a Geisel School of Medicine at Dartmouth hereby requests that the Court take judicial notice of the below-listed court records in connection with its consideration of  Defendant's Motion to Dismiss Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6):

1. Order on Mot. for Summary Judgment, D.N.H. Civil No. 12-cv-040-LM, ECF 151, April 18, 2014, attached as Exhibit A.

2. Complaint, D.N.H. Civil No. 1:12-cv-00040-PB, ECF 1, Feb. 3, 2012, attached as Exhibit B.

3. Amended Complaint, D.N.H. Civil No. 1:12-cv-00040-JL, ECF 13, March 25, 2012, attached as Exhibit C.

4. Plaintiff's Mot. for Sanctions and Proposed Injunctive Order, D.N.H. Civil No. 1:12-cv-00040-JL, ECF 71, Aug. 14, 2013, attached as Exhibit D.

5. Order on Pending Motions, D.N.H. Civil No. 1:12-cv-00040-JL, ECF 106, November 4, 2013, attached as Exhibit E.

6. First Circuit Court of Appeals Order, No. 14-1085, Mar. 31, 2014, attached as Exhibit F.

7. U.S. Supreme Court Order Denying Petition for Certiorari, No. 14-179, October 20, 2014, attached as Exhibit G.

8. First Circuit Court of Appeals Judgment, No. 14-1544, January 5, 2015, attached as Exhibit H.

9. U.S. Supreme Court Order Denying Petition for Certiorari, No. 14-1421, June 29, 2015, attached as Exhibit I.

10.  Complaint, D.N.H. Civil No. 2:13-cv-05708-PBT, ECF 1, Sept. 30, 2013, attached as Exhibit J.

11. *Isaacs v. Trustees of Dartmouth College, et al.*, No. 13-5708, 2014 WL

AKERMAN LLP

601 W. FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1

4186536, at *12-*13 (E.D. Pa. Aug. 25, 2014), attached as Exhibit K.

12.    Complaint, Civil No. 1:17-cv-00040-LM, ECF 1, Feb. 3, 2017, attached as Exhibit L.

13.    First Amended Complaint, D.N.H. Civil No. 1:17-cv-00040-LM, ECF 40, July 6, 2017, attached as Exhibit M.

14.    Order Dismissing Counts II, VI, VII, and IX, D.N.H. Civil No. 1:17-cv-00040-LM, ECF 34, July 12, 2017, attached as Exhibit N.

15.    Order Dismissing Counts III, IV, V, and VIII, D.N.H. Civil No. 1:17-cv-00040-LM, ECF 48, October 24, 2017, attached as Exhibit O.

16.    Plaintiff's Second Amended Complaint, D.N.H. Civil No. 1:17-cv-00040-LM, ECF 51-1, November 14, 2017, attached as Exhibit P.

17.    Order Denying Motion to Amend, D.N.H. Civil No. 1:17-cv-00040-LM, ECF 70, Feb. 5, 2018, attached as Exhibit Q.

18.    Order Denying Motion for Relief from Judgment, D.N.H. Civil No. 1:17-cv-00040-LM, ECF 85, May 5, 2018, attached as Exhibit R.

19.    First Circuit Court of Appeals Judgment, No. 18-1560, January 3, 2019, attached as Exhibit S.

20.    Exhibit A to 2012 Complaint, D.N.H. Civil No. 1:12-cv-00040-JL, ECF 13-1, March 25, 2012, attached as Exhibit U.

21.    2012 Motion for Preliminary Injunction, D.N.H. Civil No. 1:12-cv-00040-JL, ECF 34, June 4, 2012, attached as Exhibit V.

The Court may consider matters outside the pleadings when assessing the sufficiency of a complaint when the Court is authorized to take judicial notice of those matters under Federal Rule of Evidence 201. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018), *cert. denied sub nom. Hagan v. Khoja*, No. 18-1010, 2019 WL 429555 (U.S. May 20, 2019). "[T]he Court may judicially notice matters of public record, including pleadings, orders, and other papers filed with the court, or materials from a proceeding in another tribunal." *Lopez v. Stages of Beauty, LLC*, 307

AKERMAN LLP

601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2

F. Supp. 3d 1058, 1064 (S.D. Cal. 2018). Each of the above-listed documents is a public record from a proceeding in another tribunal. Therefore, the Trustees of Dartmouth College request that the Court judicially notice each of those documents.

DATED:  July 12, 2019                  Respectfully submitted,


                                       **AKERMAN LLP**


                                       By: */s/ Kanika D. Corley*
                                            Kanika D. Corley
                                            Attorneys for Defendant, THE TRUSTEES OF
                                            DARTMOUTH COLLEGE


                                       Pierre A. Chabot – NHBA # 17606
                                       *Admitted Pro hac vice*
                                       Elizabeth E. Ewing – NHBA #269009
                                       *Admitted Pro hac vice*
                                       **WADLEIGH, STARR & PETERS, PLLC**
                                       95 Market Street
                                       Manchester, NH 03101
                                       Telephone:  (603) 669-4140
                                       pchabot@wadleighlaw.com
                                       eewing@wadleighlaw.com

AKERMAN LLP

601 W. FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

49438157;1

3