WILLIAM D. PANDOLPH, (*pro hac vice*, *admission pending*)
**SULLOWAY & HOLLIS, PLLC**
9 Capitol Street
Concord, New Hampshire, 03301
Telephone: (603) 223-2800
Email: wpandolph@sulloway.com

KANIKA CORLEY (SBN 223607)
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: kanika.corley@akerman.com

Attorneys for Defendant
Dartmouth Hitchcock Medical Center

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>          Plaintiff,<br><br>v.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER, GEISEL SCHOOL OF MEDICINE AT DARTMOUTH, USC KECK SCHOOL OF MEDICINE, NH BOARD OF MEDICINE (individually) and JOHN or JANE DOE,<br><br>          Defendants. | Case No. 2:19-CV-02011-DSF-RAO<br><br>**DEFENDANT DARTMOUTH HITCHCOCK MEDICAL CENTER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Defendant's Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Declaration of William D. Pandolph, and Certification of Interested Parties and Corporate Disclosure Statement Filed Concurrently herewith]<br><br><u>Hearing</u><br>Date:      August 19, 2019<br>Time:      1:30 PM<br>Location:  Courtroom 7D<br>Judge:     Hon. Dale S. Fischer |

49425383;2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Evidence 201 and supporting case law, defendant Dartmouth Hitchcock Medical Center ("DHMC"), by and through its attorneys of record, hereby request that the Court take judicial notice of the below-listed documents in connection with its consideration of DHMC's Notice of Motion and Motion to Dismiss, filed with this court on July 12, 2019 and noticed for hearing on August 19, 2019 at 1:30 p.m. Defendant requests that the Court take judicial notice of the following documents, attached as Exhibits 1 through 5 to the Declaration of William D. Pandolph ("Pandolph Decl."). The included documents consist of:

1. A New Hampshire District Court Summary Judgment Order, entered on April 18, 2014 in *Isaacs v. Dartmouth-Hitchcock Med. Ctr.*, No. 12-cv-00040-LM, 2014 U.S. Dist. LEXIS 54183 (D.N.H. Apr. 18, 2014). Pandolph Decl., Ex. 1.

2. In re: Jeffrey D. Isaacs, M.D., Final Decision and Order, Docket #: 13-07, entered on March 11, 2014 by the New Hampshire Board of Medicine. Pandolph Decl., Ex. 2.

3. A Pennsylvania District Court Memorandum on Motions to Dismiss, entered on August 25, 2014 in *Isaacs v. Trustees of Dartmouth Coll*, No. CIV.A. 13-5708, 2014 U.S. Dist. LEXIS 118046 (E.D. Pa. August 25, 2014). Pandolph Decl., Ex. 3.

4. A Third Circuit Opinion affirming the decision in Exhibit 3, entered on April 7, 2015 in *Isaacs v. Arizona Bd. Of Regents*, 608 F. App'x 70 (3d Cir. 2015). Pandolph Decl., Ex. 4

5. A New Hampshire District Court Order, entered on February 5, 2018 in *Isaacs v. Trustees of Dartmouth Coll.*, No. 17-cv-00040-LM, 2018 U.S. Dist. LEXIS 19045 (D.N.H. Feb. 5, 2018). Pandolph Decl., Ex. 5.

Judicial notice of the foregoing exhibits is appropriate under the Federal Rules of Evidence, which require that judicial notice be taken of facts not subject to

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

reasonable dispute and that are "capable of accurate and ready determination by reference to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F. 2d 244, 248 (9th Cir. 1992); *see also Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002) (taking judicial notice of filings in Tennessee state court); *Mullis v. U.S. Bankruptcy Court for Dist. of Nevada*, 828 F.2d 1385, 1388 n. 9 (taking judicial notice of papers on file in a bankruptcy case). Here, the court documents in the various Dr. Jeffrey Isaacs matters are directly related because they are based on the same set of facts and contain many of the same allegations as the instant case.

Also, Exhibit 2 is incorporated by reference in Plaintiffs' Complaint. Compl. ¶¶ 5, 113, 114, 119, 137, 138, 141; *In re Silicon Graphics Inc. Securities Litigation*, 183 F.3d 970, 986 (9th Cir. 1999) ("[The incorporation by reference doctrine] permits a district court to consider documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" (quoting *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994))) (superseded by statute on other grounds). Further, where the document's contents are not alleged in the complaint, but the complaint necessarily relies upon that document, it may be considered by the court. *Coto Settlement v. Eisenberg,* 593 F.3d 1031, 1038 (9th Cir. 2010) (billing agreement judicially noticed where not specifically mentioned in complaint but central to claims about billing practices).

For all the foregoing reasons, DHMC respectfully requests that the Court take judicial notice of the above-listed documents.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

| | | |
|---|---|---|
| 1 | Dated: July 12, 2019 | **AKERMAN LLP** |
| 2 | | |
| 3 | | By: */s/ Kanika D. Corley* |
| 4 | | Kanika Corley |
| | | Attorney for Defendant |
| 5 | | DARTMOUTH HITCHCOCK MEDICAL CENTER |

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

49425383;2

3