William D. Pandolph
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, New Hampshire 03301

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jeffrey D. Isaacs | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-02011-DSF-RAO |
| v. | |
| Trustees of Dartmouth College, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pandolph, William D.    of    Sulloway & Hollis, P.L.L.C.
*Applicant's Name (Last Name, First Name & Middle Initial*         9 Capitol Street
(603) 223-2862         (603) 224-2557                                   Concord, NH 03301
*Telephone Number*      *Fax Number*
wpandolph@sulloway.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Dartmouth Hitchcock Medical Center

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Corley, Kanika D.    of    Akerman LLP
*Designee's Name (Last Name, First Name & Middle Initial*    601 West Fifth Street, Suite 300
223607      (213) 688-9500      (213) 627-6342              Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: July 18, 2019**                            /s/ Dale S. Fischer
                                                    **U.S. District Judge**