Dr. Jeffrey Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

DR. JEFFREY ISAACS

    Plaintiff,

    vs.

DARTMOUTH HITCHCOCK MEDICAL CENTER
GEISEL SCHOOL OF MEDICINE AT DARTMOUTH
USC KECK SCHOOL OF MEDICINE
NH BOARD OF MEDICINE;

and JOHN or JANE DOE,

    Defendants.

Case 2:19-CV-02011-DSF-RAO

**[PROPOSED] ALTERNATE ORDER GRANTING PLAINTIFF'S PRELIMINARY INJUNCTION**

Isaacs v. Dartmouth, USC et al
Case No. 19-CV-02011-DSF

PROPOSED ORDER FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for a Preliminary Injunctive, the parties' briefing, and oral argument, this Court finds that Plaintiff has demonstrated a need for preliminary injunctive relief. See *Winter v. Natural Resources Defense Council, Inc.,* 555 U.S. 7, 20 (2008); *Alliance for the Wild Rockies v. Cottrell,* 632 F.3d 1127, 1131-35 (9th Cir. 2011).

Accordingly, it is hereby ORDERED that, pending a trial on the merits,

1. The Court finds:
    a. That USC did not legally contract with Plaintiff to afford him "factual innocence" and to allow him to put the matter, as a matter of fact and law, behind him;
    b. That the Global Settlement agreement did not acquit Plaintiff of the aforementioned charges.
    c. The Global Settlement agreement did not dismiss any administrative charges, against the Plaintiff including that of unprofessional conduct.
    d. Under both Settlement Agreements, it shall be permissible for USC/Keck to disclose the charges as if they hadn't been discharged, rendered "factually innocent,"
    e. The Global Settlement agreement failed to annul all contracts between the parties, including the enrollment agreement.
2. Dr. Isaacs was not provided any consideration under the Settlement Agreements.
3. Given the findings above it is ordered by the court that the settlement agreements are illegal hush agreements.
4. Nothing shall prohibit the Plaintiff from immediately resuming prosecution of his previous claims against USC Keck. Any applicable statutes of limitations are hereby reset to the date of this order.

So Ordered.

Dated: _____

                                          Hon. Dale S. Fischer

                                          United States District Judge