James P. Fogelman, SBN 161584
Shannon E. Mader, SBN 235271
Katarzyna Ryzewska, SBN 300386
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
  Los Angeles, California 90071-3197
Telephone: (213) 229-7000
  Facsimile: (213) 229-7520
JFogelman@gibsondunn.com
SMader@gibsondunn.com
KRyzewska@gibsondunn.com

Attorneys for Defendant
USC Keck School of Medicine

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>Plaintiff,<br><br>v.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER, GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, USC KECK SCHOOL OF MEDICINE, NH BOARD OF MEDICINE (individually) and JOHN or JANE DOE,<br><br>Defendants. | CASE NO. 2:19-CV-02011-DSF-RAO<br><br>**DEFENDANT USC KECK SCHOOL OF MEDICINE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Defendant's Notice of Motion and Motion To Dismiss Plaintiff's First Amended Complaint; and Declaration of Katarzyna Ryzewska Filed Concurrently herewith]<br><br>**<u>Hearing</u>**<br>Date:      September 16, 2019<br>Time:      1:30 PM<br>Location:  Courtroom 7D<br>Judge:    Hon. Dale S. Fischer |

Gibson, Dunn & Crutcher LLP

DEFENDANT USC KECK SCHOOL OF MEDICINE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201 and supporting case law, Defendant USC Keck School of Medicine ("Keck"), by and through their attorneys of record, hereby request that the Court take judicial notice of the below-listed documents in connection with its consideration of Keck's Notice of Motion and Motion to Dismiss, filed with this court on August 2, 2019 and noticed for hearing on September 16, 2019 at 1:30 p.m.  Defendants request that the Court take judicial notice of the following documents, attached as Exhibits 1 through 12 to the Declaration of Katarzyna Ryzewska ("Ryzewska Decl.").  The included documents consist of:

1.    A New Hampshire District Court Summary Judgment, entered on April 18, 2014 in *Isaacs v. Dartmouth-Hitchcock Med. Ctr.*, No. 12-CV-040-LM, 2014 WL 1572559 (D.N.H. Apr. 18, 2014). Ryzewska Decl., Ex. 1.

2.    The In re: Jeffrey D. Isaacs, M.D. Final Decision and Order, Docket #: 13-07, entered on March 11, 2014 by the New Hampshire Board of Medicine.  Ryzewska Decl., Ex. 2.

3.    A Pennsylvania District Court Memorandum on Motions to Dismiss, entered on August 25, 2014 in *Trustees of Dartmouth Coll.*, No. CIV.A. 13-5708, 2014 WL 4186536 (E.D. Pa. Aug. 25, 2014).  Ryzewska Decl., Ex. 3.

4.    A Third Circuit Opinion affirming the decision in Exhibit C, entered on April 7, 2015 in *Isaacs v. Arizona Bd. of Regents*, 608 F. App'x 70 (3d Cir. 2015). Ryzewska Decl., Ex. 4.

5.    A New Hampshire District Court Order, entered on February 5, 2018 in *Isaacs v. Trustees of Dartmouth Coll.*, No. 17-CV-040-LM, 2018 WL 734182 (D.N.H. Feb. 5, 2018).  Ryzewska Decl., Ex. 5.

6.    A Massachusetts District Court Memorandum and Order on a Partial Motion to Dismiss Plaintiff Jeffrey Isaacs' June 20, 2017 Complaint, entered on March

Gibson, Dunn & Crutcher LLP

1

DEFENDANT USC KECK SCHOOL OF MEDICINE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

12, 2018 in *Isaacs v. United States Dep't of Educ.*, No. CV 17-11221-FDS, 2018 WL 1257760 (D. Mass. Mar. 12, 2018).  Ryzewska Decl., Ex. 6.

7.    Plaintiff's Motion for Preliminary Injunction, ECF 34, filed on June 4, 2012 in *Isaacs v. Dartmouth-Hitchcock Med. Ctr.*, No. 12-CV-040-LM, 2014 WL 1572559 (D.N.H. Apr. 18, 2014).  Ryzewska Decl., Ex. 7.

8.    Plaintiff's Complaint for Damages, Injunctive and Declaratory Relief, ECF 1, filed on February 3, 2012 in *Isaacs v. Dartmouth-Hitchcock Med. Ctr.*, No. 12-CV-040-LM, 2014 WL 1572559 (D.N.H. Apr. 18, 2014).  Ryzewska Decl., Ex. 8.

9.    Plaintiff's Amended Complaint for Damages, Injunctive and Declaratory Relief, ECF 13, filed on March 25, 2012 in *Isaacs v. Dartmouth-Hitchcock Med. Ctr.*, No. 12-CV-040-LM, 2014 WL 1572559 (D.N.H. Apr. 18, 2014).  Ryzewska Decl., Ex. 9.

10.    A copy of the Confidential Settlement Agreement and Mutual Release entered into by Jeffrey Isaacs on the one hand, and the University of Southern California on the other hand, on April 4, 2007. Ryzewska Decl., Ex. 10.

11.    A copy of the Confidential Settlement Agreement and Release entered into by Jeffrey Isaacs on the one hand, and the University of Southern California on the other hand, on August 31, 2008. Ryzewska Decl., Ex. 11.

12.    A copy of the March 19, 2012 letter send by the Dartmouth-Hitchcock Medical Center to Jeffrey Isaacs, dismissing him from the residency program, ECF 144-2, filed in *Isaacs v. Dartmouth-Hitchcock Med. Ctr.*, No. 12-CV-040-LM, 2014 WL 1572559 (D.N.H. Apr. 18, 2014), as part of Defendants' Memorandum of Law in Support of Summary Judgment.

Judicial notice of the foregoing exhibits is appropriate under the Federal Rules of Evidence, which require that judicial notice be taken of facts not subject to reasonable dispute and that are "capable of accurate and ready determination by reference to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

Gibson, Dunn & Crutcher LLP

2
DEFENDANT USC KECK SCHOOL OF MEDICINE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F. 2d 244, 248 (9th Cir. 1992); see also *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002) (taking judicial notice of filings in Tennessee state court); *Mullis v. U.S. Bankruptcy Court for Dist. of Nevada*, 828 F.2d 1385, 1388 n.9 (taking judicial notice of papers on file in a bankruptcy case). Here, the court documents in Plaintiff's various lawsuits are directly related, because they arise out of the same underlying set of circumstances and contain many of the same allegations as the instant case.

Also, the following exhibits are incorporated by reference in Plaintiffs' First Amended Complaint: (1) Exhibit 2 in FAC ¶¶ 5, 15, 113-15, 117, 131, 134-39, 141-50, 158, 171, 190, 195, 215, 239-40, 245, 270, 272; (2) Exhibits 10 and 11 in FAC ¶¶ 31 ("Exhaustive settlement discussions took place over nearly two years. See *Amended Complaint Exhibits* (Pages 1-63) & *Affidavit of Dr Jeffrey Isaacs*, both of which are hereby incorporated entirely herein as facts in this complaint."); and (3) Exhibit 12 in FAC ¶¶ 104-05, 129-30, 235. *In re Silicon Graphics Inc. Securities Litigation*, 183 F.3d 970, 986 (9th Cir. 1999) ("[The incorporation by reference doctrine] permits a district court to consider documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'" (quoting *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994))) (superseded by statute on other grounds). Further, where the document's contents are not alleged in the complaint, but the complaint necessarily relies upon that document, it may be considered by the court. *Coto Settlement v. Eisenberg,* 593 F.3d 1031, 1038 (9th Cir. 2010) (billing agreement judicially noticed where not specifically mentioned in complaint but central to claims about billing practices).

Gibson, Dunn & Crutcher LLP

3

DEFENDANT USC KECK SCHOOL OF MEDICINE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

1      For all the foregoing reasons, Keck respectfully request that the Court take judicial

2  notice of the above-listed documents.

3

4

5  Dated:  August 2, 2019                    GIBSON, DUNN & CRUTCHER LLP

6

7                                           By:  _____*/s/ James P. Fogelman*_____
                                                   James P. Fogelman

8                                           Attorney for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT USC KECK SCHOOL OF MEDICINE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT