James P. Fogelman, SBN 161584
Shannon E. Mader, SBN 235271
Katarzyna Ryzewska, SBN 300386
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
  Los Angeles, California 90071-3197
Telephone: (213) 229-7000
  Facsimile: (213) 229-7520
JFogelman@gibsondunn.com
SMader@gibsondunn.com
KRyzewska@gibsondunn.com

Attorneys for Defendant
USC Keck School of Medicine

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER, GIESEL SCHOOL OF MEDICINE AT DARTMOUTH, USC KECK SCHOOL OF MEDICINE, NH BOARD OF MEDICINE (individually) and JOHN or JANE DOE,<br><br>　　　　　Defendants. | CASE NO. 2:19-CV-02011-DSF-RAO<br><br>**DEFENDANT USC KECK SCHOOL OF MEDICINE'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Hearing**<br>Date:　　September 16, 2019<br>Time:　　1:30 PM<br>Location: Courtroom 7D<br>Judge:　　Hon. Dale S. Fischer |

The Motion to Dismiss filed by Defendant USC Keck School of Medicine ("Keck") should be granted. ECF 41. Plaintiff's opposition was due August 26, 2019. To date, Plaintiff has filed no opposition, leaving Keck's motion unopposed. Even if Plaintiff had filed an opposition, however, there is nothing he could have said that would have altered the fact that his claims are barred by res judicata, the applicable statutes of limitations, and the settlement agreements and/or fail as a matter of law.

Leave to amend should also be denied. Plaintiff has already amended his complaint and the defects are not curable. Plaintiff improperly tried to moot this motion by filing a Second Amended Complaint ("SAC") without permission; the Court properly struck the SAC. Plaintiff has now filed a purported Motion for Leave to Amend (ECF 50-52) but it is really just the SAC and a rambling, incoherent declaration. The only substantive difference between the SAC and the First Amended Complaint appears to be the Plaintiff's desire to name Gibson Dunn, counsel of record for Keck, as an additional defendant for simply doing its job. It is simply an outrageous attempt to delay the dismissal of this case, which is itself barred by the settlement agreements entered into over a decade ago, barred by the statutes of limitations and barred by the judgment in New Hampshire in which his claims were previously litigated and denied. There is no reason to delay this any further, and Keck respectfully requests that its motion be granted without leave to amend.

Dated: August 30, 2019        GIBSON, DUNN & CRUTCHER LLP


By:   */s/ James P. Fogelman*
           James P. Fogelman

Attorney for USC Keck School of Medicine

1

DEFENDANT USC KECK SCHOOL OF MEDICINE'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT