**AKERMAN LLP**
Kanika D. Corley (SBN 223607)
*kanika.corley@akerman.com*
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Lawrence M. Edelman (*pending pro hac vice*)
Assistant Attorney General
*Lawrence.Edelman@doj.nh.gov*
Civil Bureau
**N.H. Department of Justice**
33 Capitol Street
Concord, NH 03301-6397
Phone No: (603) 271-1418
Fax No: (603) 271-2110

Attorneys for Defendant
NEW HAMPSHIRE BOARD OF MEDICINE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>     Plaintiff,<br><br>v.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER, GEISEL SCHOOL OF MEDICINE AT DARTMOUTH, USC KECK SCHOOL OF MEDICINE, NH BOARD OF MEDICINE (individually) AND JOHN OR JANE DOE, ,<br><br>     Defendants. | CASE NO. 2:19-cv-02011-DSF-RAO<br>The Hon. Dale S. Fischer<br><br>**NOTICE OF MOTION TO SET ASIDE DEFAULT**<br><br>Date:        October 21, 2019<br>Time:        1:30 p.m.<br>Courtroom: 7D<br><br>Complaint Filed: March 18, 2019 |

/ / /

/ / /

/ / /

1

50050989;1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 21, 2019 at 1:30 pm, or as soon as thereafter as the parties may be heard, New Hampshire Board of Medicine (the "Board") will move this Court, at the United States Courthouse located at 350 West 1st Street, Courtroom 7D, Los Angeles, California, for the following:

(A) pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, an order setting aside the default entered in this action on August 28, 2019 against the Board, on grounds that entry of default was improper because:

1) The plaintiff has not properly served the Board pursuant to Federal Rule of Civil Procedure 4;
2) This Court is without subject matter jurisdiction to adjudicate the plaintiff's claims against the Board;
3) The default was not the consequence of culpable conduct by the Board;
4) The Board has numerous meritorious defenses; and,
5) By setting aside the default, the Court will not prejudice the interests of the plaintiff.

The Board further seeks an order granting further relief as the Court deems appropriate.

The Board files this Motion after meeting the L.R. 7-3 requirement, as described below:

1) On September 5, 2019, counsel for the Board transmitted to plaintiff detailed correspondence identifying the issues, law and facts the Board intended to present in support of its Motion to Set Aside Default;
2) Within the Board's September 5, 2019 correspondence, counsel for the Board asked plaintiff if he would stipulate to setting aside the default in lieu of requiring the filing of a Motion;

50050989;1

3) Within the Board's September 5, 2019 correspondence, counsel advised plaintiff that if he declined the Board's request for stipulation then a L.R. 7-3 conference would be necessary;

4) Within the Board's September 5, 2019 correspondence, counsel for the Board proposed three dates on which the L.R. 7-3 conference could occur and provided a conference call dial-in number;

5) On September 5, 2019, plaintiff responded to the Board by, *inter alia*:

    (a) setting forth his objections and opposition to the issues the Board identified;

    (b) rejecting the Board's request for stipulation;

    (c) threatening to seek sanctions;

    (d) seeking to schedule a 7-3 conference for a Motion to Award Default Judgment; and,

    (e) suggesting that the parties schedule both L.R. 7-3 conferences to occur on Tuesday, September 10, 2019 at 11:00 am PST.

5) In a response transmitted that same day, the Board agreed that the L.R. 7-3 conference on both motions would take place on the date plaintiff suggested.

6) On Sunday, September 8, 2019 at 5:01 pm PST, absent citation to supporting law or setting forth legal rationale, plaintiff wrote advising that he refuses to participate in a L.R. 7-3 conference unless counsel for the Board files a Notice of Appearance;

7) On September 10, 2019, counsel for the Board appeared for the L.R. 7-3 conference and waited 15 minutes for plaintiff, who never dialed in. [Declaration of Kanika D. Corley, ¶¶ 2-9, Exhibits 1-4.]

///
///
///
///
///

3

50050989;1

1  This motion is based on this Notice of Motion, the accompanying memorandum
2  of points and authorities, the Declarations of Peggy Berube, Penny Taylor and Kanika
3  D. Corley, and the pleadings and papers on file in this action.

5  DATED: September 12, 2019          Respectfully submitted,

   **AKERMAN LLP**

   By: */s/ Kanika D. Corley*
       Kanika D. Corley
       Attorneys for Defendant
       NEW HAMPSHIRE BOARD OF MEDICINE

AKERMAN LLP
601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

50050989;1