**AKERMAN LLP**
Kanika D. Corley (SBN 223607)
*kanika.corley@akerman.com*
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Lawrence M. Edelman (*pending pro hac vice*)
Assistant Attorney General
*Lawrence.Edelman@doj.nh.gov*
Civil Bureau
**N.H. Department of Justice**
33 Capitol Street
Concord, NH 03301-6397
Phone No: (603) 271-1418
Fax No: (603) 271-2110

Attorneys for Defendant
NEW HAMPSHIRE BOARD OF MEDICINE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS,<br><br>          Plaintiff,<br><br>v.<br><br>DARTMOUTH HITCHCOCK MEDICAL CENTER, GEISEL SCHOOL OF MEDICINE AT DARTMOUTH, USC KECK SCHOOL OF MEDICINE, NH BOARD OF MEDICINE (individually) AND JOHN OR JANE DOE, ,<br><br>          Defendants. | CASE NO. 2:19-cv-02011-DSF-RAO<br>The Hon. Dale S. Fischer<br><br>**DECLARATION OF KANIKA D. CORLEY IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>Date:        October 21, 2019<br>Time:       1:30 p.m.<br>Courtroom: 7D<br><br>Complaint Filed: March 18, 2019 |

/ / /

/ / /

/ / /

1

50120989;1

I, Kanika D. Corley, hereby declare:

1. I am an attorney licensed to practice law in this Court, am partner with Akerman LLP and present this Declaration on behalf of New Hampshire Board of Medicine (the "Board"). I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto under oath.

2. On September 5, 2019, I, along with my co-counsel, Lawrence Edelman of the New Hampshire Department of Justice, transmitted to plaintiff, Dr. Jeffrey Isaacs, detailed correspondence identifying the issues, law and facts the Board intended to present in support of its Motion to Set Aside Default. Attached hereto as Exhibit 1 is a true and correct copy of the September 5, 2019 correspondence.

3. Within the September 5, 2019 correspondence [Exhibit 1], Mr. Edelman and I asked plaintiff if he would stipulate to setting aside the default in lieu of requiring the filing of a Motion.

4. Within the September 5, 2019 correspondence [Exhibit 1], Mr. Edelman and I advised plaintiff that if he declined the Board's request for stipulation then a L.R. 7-3 conference would be necessary.

5. Within the September 5, 2019 correspondence [Exhibit 1], Mr. Edelman and I proposed three dates on which the L.R. 7-3 conference could occur and provided a conference call dial-in number.

6. On September 5, 2019, plaintiff responded by, *inter alia*:
   a. setting forth his objections and opposition to the issues the Board identified;
   b. rejecting the Board's request for stipulation;
   c. threatening to seek sanctions;
   d. seeking to schedule a 7-3 conference for a Motion to Award Default Judgment; and,

/ / /

/ / /

2

50120989;1

   e. suggesting that the parties schedule both L.R. 7-3 conferences to occur on Tuesday, September 10, 2019 at 11:00 am PST.

Attached hereto as Exhibit 2 is a true and correct copy of plaintiff's September 5, 2019 responsive correspondence that Mr. Edelman and I received.

  7. In response to plaintiff's correspondence [Exhibit 2], Mr. Edelman and I agreed that the L.R. 7-3 conference on both motions would take place on the date plaintiff suggested. Attached hereto as Exhibit 3 is a true and correct copy of the September 5, 2019 correspondence transmitted to plaintiff agreeing to a L.R. 7-3 conference that would occur on September 10, 2019.

  8. On Sunday, September 8, 2019 at 5:01 pm PST, plaintiff wrote advising that he refuses to participate in a L.R. 7-3 conference unless counsel for the Board files a Notice of Appearance. Attached hereto as Exhibit 4 is a true and correct copy of plaintiff's September 8, 2019 correspondence that Mr. Edelman and I received.

  9. On September 10, 2019, Mr. Edelman and I appeared for the L.R. 7-3 conference and waited 15 minutes for Dr. Isaacs, who never dialed in.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on the 12th day of September, 2019, in Los Angeles, California.

            /s/ Kanika D. Corley
            Kanika D. Corley, Declarant

3

50120989;1