# EXHIBIT 2
To the Declaration of Kanika D. Corley

**Corley, Kanika (Ptnr-Lax)**

| | |
|---|---|
| **From:** | Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| **Sent:** | Thursday, September 5, 2019 1:59 PM |
| **To:** | Corley, Kanika (Ptnr-Lax) |
| **Cc:** | Lawrence.Edelman@doj.nh.gov |
| **Subject:** | Re: Isaacs - Request for Stipulation or, Alternatively, L.R. 7-3 Conference in Advance of Motion to Set Aside |

Ms Corley:

I am also writing to schedule a 7-3 conference for a Motion to Award Default Judgment in this case. I would suggest we schedule both 7-3 meetings on Tuesday, September 10, 2019 at 11:00 am PST.

I do not agree to stipulate to set aside the default entry. Moreover, under California law, your client must show a defense on the merits to set this aside. What you are proposing is to dismiss the case on technicalities, rather than merits. This is certainly not the intent of California law, and we will move for sanctions if you proceed with such an argument that wastes everyones time.

It will also be noted the allegations in the past, an alleged false affidavit from Clerk Peggy (change of surname) regarding service of the board order. It will also be noted your counsel was notified of this lawsuit in the Supreme Court of the Unites States. It will also be noted that you avoided a default in the Pennsylvania Eastern District using similar tactics.

I am willing to waive damages (Around $3 million with RICO 3x) if you stipulate to proceed with the default judgment, which in this case would simply be a take-down of the flawed board order. Should you proceed with your motion, I will not waive damages. Please let me know if you will agree to simply stipulate to take down the incorrect board order, which you cannot have any merit defenses to in any case. Again, if you reject this offer, I will seek $3m in damages in the Motion.

Regards
Jeffrey Isaacs