# EXHIBIT 3
To the Declaration of Kanika D. Corley

## Corley, Kanika (Ptnr-Lax)

| | |
|---|---|
| **From:** | Corley, Kanika (Ptnr-Lax) |
| **Sent:** | Thursday, September 5, 2019 2:33 PM |
| **To:** | 'Jeffrey D. Isaacs' |
| **Cc:** | 'Lawrence.Edelman@doj.nh.gov' |
| **Subject:** | RE: Isaacs - Request for Stipulation or, Alternatively, L.R. 7-3 Conference in Advance of Motion to Set Aside |

All,

My apologies for the confusion. The agreed upon time of Tuesday's call is 11:00 am PST / 2:00 pm Eastern.

Thank you.

**Kanika Corley**
Partner
Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
D: 213 533 5942 | T: 213 688 9500 | F: 213 599 2677
kanika.corley@akerman.com

**From:** Corley, Kanika (Ptnr-Lax)
**Sent:** Thursday, September 5, 2019 2:20 PM
**To:** 'Jeffrey D. Isaacs' <jeffrey.isaacs.wg03@wharton.upenn.edu>
**Cc:** Lawrence.Edelman@doj.nh.gov
**Subject:** RE: Isaacs - Request for Stipulation or, Alternatively, L.R. 7-3 Conference in Advance of Motion to Set Aside

Dear Dr. Isaacs,

The Board rejects your request for a Stipulation and, to the extent the parties are unable to reach an agreement during the L.R. 7-3 Conference, the Board will proceed with its Motion to Set Aside Default.

We will speak with you on Tuesday, September 10 at 2:00 pm PST. Please use the dial in number and participant code earlier provided.

Thank you.

**Kanika Corley**
Partner
Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
D: 213 533 5942 | T: 213 688 9500 | F: 213 599 2677
kanika.corley@akerman.com