# EXHIBIT 4
To the Declaration of Kanika D. Corley

**Corley, Kanika (Ptnr-Lax)**

| | |
|---|---|
| **From:** | Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu> |
| **Sent:** | Sunday, September 8, 2019 5:01 PM |
| **To:** | Corley, Kanika (Ptnr-Lax) |
| **Cc:** | Lawrence.Edelman@doj.nh.gov |
| **Subject:** | Re: Isaacs - Request for Stipulation or, Alternatively, L.R. 7-3 Conference in Advance of Motion to Set Aside |

Hi Kanika,
Until you file a notice of appearance with the NH Board counsel, I cannot proceed with a 7-3 conference. It seems strange you are representing Dartmouth and the Board, and DHCM, so I would need to see official paperwork.
Please consider Tuesday's 7-3 cancelled until formal papers of appearance are entered.

Jeffrey Isaacs