Dr. Jeffrey Isaacs
3553 West Chester Pike Unit #177
Newtown Square, PA 19073

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JEFFREY ISAACS | |
| Plaintiff, | Case 2:19-CV-02011-DSF-RAO |
| vs. | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| DARTMOUTH HITCHCOCK MEDICAL CENTER GEISEL SCHOOL OF MEDICINE AT DARTMOUTH USC KECK SCHOOL OF MEDICINE NH BOARD OF MEDICINE; | |
| and JOHN or JANE DOE, | |
| Defendants. | |

Isaacs v. Dartmouth, USC et al
Case No. 19-CV-02011-DSF

# NOTICE OF FILING SECOND AMENDED COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses all claims, without prejudice. Plaintiff has retained counsel and is simultaneously filing the proposed SAC as a new complaint in this Court.

Given the unreasonable delays in filing critical, new information, Plaintiff must secure his rights , without undue delay, under California Anti-SLAPP and federal witness retaliation law. Given the motion practice currently underway, Plaintiff is simply not protected by a unreasonably delayed Motion for Leave to Amend, which should have been granted under "extraordinarily liberality."  Plaintiff is currently under threats by USC and Gibson Dunn where he cannot receive medical care in Los Angeles or conduct free commerce. Moreover, newly discovered critical "smoking gun" evidence is not being permitted to be considered in a pending MTD, in part because opposing counsel refused to grand a 7-3 Meet & Confer to strike the pending MTD.

Under applicable FRCP, the clerk is hereby requested to enter immediate dismissal of this action, without prejudice.

Respectfully submitted, this 12th day of September, 2019.

/s/ Jeffrey Isaacs
Dr Jeffrey Isaacs
3553 West Chester Pike Unit 177
Newtown Square, PA 19073
Plaintiff, *pro se*

Isaacs v. Dartmouth, USC et al
Case No. 19-CV-02011-DSF

Isaacs v. Dartmouth, USC et al
Case No. 19-CV-02011-DSF

# CERTIFICATE OF SERVICE

I, Dr. Jeffrey Isaacs, do declare as follows:

I certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT OPREJUDTCE** was delivered electronically to counsel for the Defendants with counsel, and emailed to those without known counsel.

Executed on this 12th day of September, 2019.

                                        /s/ Dr Jeffrey Isaacs

                                        Dr Jeffrey Isaacs

                                        Plaintiff, *pro se*